IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JUANA MORENO AND CAROLINA MORENO** *Plaintiff*, vs. **FEDEX GROUND PACKAGE SYSTEM, INC.** *Defendants*. | § § § § § § § § § § § § § CIVIL ACTION NO. 4:23-cv-919 |

## NOTICE OF REMOVAL

Defendant FedEx Ground Package System, Inc. (referred to as "Defendant" or "FedEx Ground" herein) file this Notice of Removal for the Southern District of Texas, Houston Division pursuant to 28 U.S.C. §1446(a). The grounds in support of this Notice of Removal are as follows:

## I.
## GROUNDS FOR REMOVAL

1. The parties to this lawsuit are Plaintiff Juana Moreno and Plaintiff Carolina Moreno and Defendant FedEx Ground Package System, Inc.

2. On February 3, 2023, Plaintiffs filed their Original Petition and Jury Demand in Cause No. 202307264, *Juana Moreno and Carolina Moreno v. FedEx Ground Package System, Inc.* in the 164th Judicial District Court of Harris County, Texas (the "State Court Lawsuit").

3. Defendant FedEx Ground Package System, Inc. was served with Citation and a copy of the Petition on February 10, 2023.

4. This Notice of Removal is accompanied by an index of the documents filed in state court and a copy of the state court file, which are attached as **Exhibit "A."** Other than the

documents attached as **Exhibit "A"**, no pleadings, process, orders or other documents in the case have been served or otherwise received by FedEx Ground.

## II.
## BASIS FOR REMOVAL

1. This case is removable based upon diversity jurisdiction because (1) there is complete diversity of citizenship among the parties and (2) the amount in controversy exceeds $75,000.  28 U.S.C. §§ 1332, 1441.

**A. The $75,000.00 amount-in-controversy requirement is satisfied.**

2. Plaintiff's live pleading includes an assertion that Plaintiff is entitled to, and seeks to recover monetary relief in a maximum amount of $1,000,000.00 from Defendant in this action for (1) serious personal injuries, (2) mental anguish, (3) physical pain and suffering, (4) medical expenses in the past and (4) impairment and disability in the past. *See* Exhibit A 11.  Plaintiff's pleading seeking over $250,000.00 establishes that the amount in controversy exceeds the $75,000 minimum amount in controversy necessary for this Court to exercise its diversity jurisdiction. *See* 28 U.S.C. § 1446(c)(2); *Lopez v. Trujillo*, 475 B.R. 550, 555 (N.D. Tex. 2012) *citing St. Paul Reinsurance Co. v. Greenburg*, 134 F.3d 1250 (5th Cir. 1998) *and De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1408 (5th Cir.), cert. denied 516 U.S. 865, 116 S.Ct. 180 ("For diversity purposes, the amount in controversy is determined by the amount sought on the face of the plaintiff's pleadings, so long as the plaintiff's claim is made in good faith").  "[A] defendant's notice of removal need only include a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89, 135 S. Ct. 547, 554, 190 L. Ed. 2d 495 (2014).  Evidence establishing this amount is only required if the allegation

is challenged by the plaintiff or the court. *Id*. Therefore the amount in controversy requirement is met in this matter pursuant to Plaintiff's petition and Defendant's allegation.

### B. Complete diversity exists between the proper parties to the lawsuit.

3. A removing defendant is required to allege that diversity of citizenship existed at the time of the filing of the suit and at the time of removal. *In re Allstate Ins. Co.*, 8 F.3d 219, 221 (5th Cir. 1993). Plaintiff Juana Moreno and Plaintiff Carolina Moreno ("Plaintiffs") are both a natural person and are both a citizen and resident of Texas at all relevant times, including at the time the Lawsuit was filed and at the time of the filing of this Notice of Removal. *See* Exhibit A. Therefore, for diversity purposes, Plaintiffs are citizens of Texas.

4. Defendant FedEx Ground Package System, Inc. is a foreign corporation incorporated in Delaware with its principal place of business in Pennsylvania at the time of the filing of this notice of removal and at the time this lawsuit was filed. Therefore, for diversity purposes, Defendant is a citizen of the states of Pennsylvania and Delaware.

## III.
## CONCLUSION

Removal in this matter is proper. Plaintiffs and Defendants have complete diversity of citizenship. The amount in controversy is in excess of $75,000, and this Notice of Removal is timely filed with this Court. Defendant has filed and served all ancillary documents and this Court properly has jurisdiction.

[*Signatures on following page*]

Respectfully submitted,

HARTLINE BARGER, L.L.P.

*/s/Peter C. Blomquist*

PETER C. BLOMQUIST
State Bar No. 00794921
S.D. Tex. Bar No. 20002
pblomquist@hartlinebarger.com
HANNAN ALKHALIFA
State Bar No. 24116017
S.D. Tex Bar No. 3805588
halkhalifa@hartlinebarger.com
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Phone:  713-759-1990
Fax:  713-652-2419

ATTORNEYS FOR DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on March 13, 2023 a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF System on all counsel of record.

*/s/Peter C. Blomquist*

**PETER C. BLOMQUIST**